0

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUY BENJAMIN JAMES, ) | NO. CV 06-3399-CAS(E) |
| ) | |
| Petitioner, ) | |
| ) | ORDER ADOPTING FINDINGS, |
| v. ) | |
| ) | CONCLUSIONS AND RECOMMENDATIONS |
| JOHN MARSHALL, Warden, ) | |
| ) | OF UNITED STATES MAGISTRATE JUDGE |
| ) | |
| Respondent. ) | |
| _____) | |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
all of the records herein and the attached Report and Recommendation of
United States Magistrate Judge.  The Court approves and adopts the
Magistrate Judge's Report and Recommendation.

     IT IS ORDERED that the Petition is conditionally granted.
Respondent shall discharge Petitioner from all adverse consequences of
the judgment in Superior Court action No. KA057663, unless Petitioner
is brought to retrial within ninety (90) days of the entry of Judgment
herein, plus any additional delay authorized under State law.

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein by United States mail on Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7    DATED:  October 14, 2008

8

9

10   _____
                CHRISTINA A. SNYDER

11            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28