O

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GUY BENJAMIN JAMES,                   )   NO. CV 06-3399-CAS(E)
                                      )
             Petitioner,       )
                                      )
   v.                                 )                   JUDGMENT
                                      )
JOHN MARSHALL, Warden,                )
                                      )
                                      )
             Respondent.       )
_____ )


    Pursuant to the Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,


    IT IS ADJUDGED that the Petition is conditionally granted.
Respondent shall discharge Petitioner from all adverse consequences of
the judgment in Superior Court action No. KA057663, unless Petitioner

///

///

///

///

///

1   is brought to retrial within ninety (90) days of the entry of Judgment

2   herein, plus any additional delay authorized under State law.

3

4            DATED: October 14, 2008.

5

6

7   _____
                CHRISTINA A. SNYDER
8            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28